IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of an Application to Enforce an Administrative Subpoena of the<br><br>U.S. COMMODITY FUTURES TRADING COMMISSION,<br>Three Lafayette Centre, 1155 21st Street, NW, Washington, D.C. 20581,<br><br>    Applicant,<br><br>v.<br><br>BRIAN E. CONLEY,<br>Redacted<br>Holiday, FL Redac<br><br>    Respondent. | Misc. Action No. |

## APPLICATION FOR AN ORDER TO SHOW CAUSE AND AN ORDER REQUIRING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA

Applicant U.S. Commodity Futures Trading Commission ("Commission"), through its Division of Enforcement, respectfully requests that the Court issue an order requiring Respondent Brian E. Conley of Holiday, Florida to show cause why he should not be compelled to comply with an administrative subpoena issued by the Commission on February 18, 2016 (the "Subpoena"). Should Mr. Conley not show good cause, the Commission respectfully requests that the Court issue a subsequent order (1) requiring Mr. Conley to comply immediately in all respects with the Subpoena, including (a) that he produce all books, papers, documents and other tangible things specified in Schedule A to the Subpoena to the Commission and (b) that he personally appear before the Commission at its office in Washington, District of Columbia, as well as (2) any other relief the Court deems appropriate for Mr. Conley's failure to show good cause.

In support of this Application, the Commission relies upon the accompanying Memorandum in Support of Application for an Order to Show Cause and an Order Requiring Compliance with Administrative Subpoena ("Memorandum") and Exhibits thereto including the Declaration of Commission Attorney James W. Deacon in Support of Application for an Order to Show Cause and an Order Requiring Compliance With Administrative Subpoena ("Declaration"), Proposed Order Requiring Respondent to Show Cause ("Order to Show Cause"), and Proposed Order Requiring Compliance with Administrative Subpoena.

As contained in the Order to Show Cause, once the Court issues the Order to Show Cause, the Commission shall personally serve a copy of the Order to Show Cause, the Application, and the Commission's Memorandum and Exhibits thereto, including the Declaration, on Respondent and shall file proof or service with the Court on or before a date determined by the Court.

Dated: October 17, 2016

Respectfully submitted,

/s/ James W. Deacon

James W. Deacon (DC Bar No. 476216)
jdeacon@cftc.gov
U.S. COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1155 21st Street NW
Washington, D.C. 20581
Tel: (202) 418-5526